Filing # 117933730 E-Filed 12/09/2020 03:24:06 PM

IN THE CIRCUIT COURT, FIFTH
JUDICIAL CIRCUIT, IN AND FOR
MARION COUNTY, FLORIDA

CASE NO.:
DIVISION:

KATIE ANKI,

       Plaintiff,

-vs-

SWANEES TRUCKING, LLC., a foreign
corporation, and JIMMY RAY MCDONALD
JR.,

       Defendants.

_____/

### SUMMONS

**THE STATE OF FLORIDA:**

To All and Singular the Sheriffs of said State:

      **YOU ARE HEREBY COMMANDED** to serve this Summons, the Complaint, Interrogatories, Request for Production and Request for Admissions, in this action on Defendant:

      **SWANEES TRUCKING, LLC.**
      **c/o Registered Agent**
      **Gregory Swanson**
      **10600 University Ave. NW #4D**
      **Coon Rapids, MN 55448**

Each Defendant is required to serve written defenses to the Complaint on Laurence Huttman, Esq., attorney, whose address is FARAH & FARAH, P.A., 10 West Adams Street, Jacksonville, FL 32202, within twenty (20) days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or petition. Defendant is also required to serve responses to Plaintiff's Interrogatories, Request for Production of Documents and Request for Admissions on Laurence Huttman, Esq., whose address is FARAH & FARAH, P.A.10 West Adams Street, 3d Floor, Jacksonville, FL 32202, within forty-five (45) days after service of this Summons on the Defendant as stated above

[11403812/1]



**WITNESS** my hand and the Seal of said Court this ____ day of _____, 2020.

As Clerk of said Court

By _____
                    Deputy Clerk



    **If you are a person with a disability who needs an accommodation in order to participate in a proceeding, you are entitled, at no cost to you, the provision of certain assistance. Please contact the ADA Coordinator for the Courts within 2 working days of your receipt of your notice to appear in Court at:**

| Citrus County | John Sullivan | (352) 341-6700 |
|---|---|---|
| Hernando County | Peggy Welch | (352) 754-4402 |
| Lake County | Laurie Crews | (352) 253-0900 x100 |
| Marion County | Tameka Gordon | (352) 401-6701 |
| Sumter County | Lorna Barker | (352) 569-6088 |

### IMPORTANT

    A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed I you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are no other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

    If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

### IMPORTANTE

    Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contester la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamanda telefonica no lo protegera; si usted desea que el tribunal considere su defense, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudieses perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legals. Si lo

[11403812/1]

desea, puede usted consultar a un abogado immediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberea usted enviar por correao o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate o Abogado del Demanadante).

## IMPORTANT

Des poursuites juficiaries ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cet'te citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdue la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immeldats d'un avocet. Si vous ne connaissez pas d'avacat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expediter une copie au carbone ou une photocopie de votre reponse ecrite an "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

FARAH & FARAH, P.A.
**LAURENCE HUTTMAN, ESQ.**
Florida Bar No.: 96415
10 West Adams Street
Jacksonville, FL 32202
(904) 479-9538 (Telephone/Fax)
lhuttman@farahandfarah.com
Attorney for Plaintiff

[11403812/1]

Filing # 117933730 E-Filed 12/09/2020 03:24:06 PM

IN THE CIRCUIT COURT, FIFTH
JUDICIAL CIRCUIT, IN AND FOR
MARION COUNTY, FLORIDA

CASE NO.:
DIVISION:

KATIE ANKI,

      Plaintiff,

-vs-

SWANEES TRUCKING, LLC, a foreign
corporation, and JIMMY RAY MCDONALD
JR,

      Defendants.

_____

## COMPLAINT AND DEMAND FOR JURY TRIAL

      KATIE ANKI (hereinafter "Plaintiff") sues SWANEES TRUCKING, LLC and JIMMY

RAY MCDONALD JR (hereinafter "Defendants"), and alleges as follows:

## JURISDICTION, PARTIES & VENUE

1.     This is an action for damages in excess of $15,000.00.

2.     At all times material, ANKI was a resident of, and domiciled in, Clay County, Florida.

3.     At all times material, SWANEES TRUCKING, LLC. was a foreign corporation with its

     principal address located at 10600 University Ave. NW, Ste. 4D, Coon Rapids, MN 55448.

4.     At all times material, JIMMY RAY MCDONALD JR was a resident of, and domiciled in,

     South Carolina at 2739 Highway 9 W., Wallace, SC 29596.

5.     At all times material, SWANEES TRUCKING, LLC. owned the 2014 Peterbilt TT, VIN

     Number, 1XPBD49X7ED213496, operated by JIMMY RAY MCDONALD JR.

6.  Venue is appropriate in Marion County, Florida as the crash occurred there.

## GENERAL ALLEGATIONS

7.  The crash giving rise to this action occurred on February 21, 2020 on Interstate 75 near MM 354, in Marion County, FL.

8.  ANKI was driving her 2014 Hyundai Elantra northbound in the inside left thru lane near MM 354.

9.  MCDONALD was driving a 2014 Peterbilt TT northbound in the middle thru lane near MM 354.

10. MCDONALD was an employee of SWANEES TRUCKING, LLC. at the time of this crash.

11. MCDONALD was acting within the scope of his employment with SWANEES TRUCKING, LLC. at the time of this crash.

12. MCDONALD failed to safely maintain his lane in next to ANKI.

13. MCDONALD collided with ANKI'S vehicle as a result.

14. ANKI was injured as a result.

15. ANKI has permanent injuries as a result of this crash.

16. ANKI's car suffered property damage as a result of this crash.

17. MCDONALD's vehicle suffered property damage as a result of this crash.

## COUNT I – NEGLIGENCE OF JIMMY RAY MCDONALD JR

18. Plaintiff incorporates paragraphs 1-17 herein, and further states:

19. JIMMY RAY MCDONALD JR certain duties to act reasonably at the time of this crash to:

a. Safely operate the 2014 Peterbilt TT to avoid crashing into other vehicles on the road;

b. Safely yield the right-of-way to other vehicles and maintain the 2014 Peterbilt TT in its lane of travel, and;

c. Refrain from distractions while driving;

20. MCDONALD breached these duties by:

a. Failing to maintain the Peterbilt in its lane of travel and causing ANKI'S vehicle to crash into the PETERBILT, and;

b. Becoming distracted and causing this crash.

21. As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and/or aggravation or activation of a previously existing condition.

22. At all times material hereto, Plaintiff, KATIE ANKI drove the 2014 Hyundai Elantra, VIN No. KMHDH4AE3EU166570 owned by Marianna Victor Anki, which was involved in the subject motor vehicle accident and Plaintiff has incurred property damages to her vehicle.

23. All these losses are either permanent or continuing and plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment for damages and costs against JIMMY RAY MCDONALD JR, and a trial by jury of all issues herein.

## COUNT II – VICARIOUS LIABILITY OF SWANEES TRUCKING, LLC

24. Plaintiff incorporates paragraphs 1-17 herein, and further states:

25.     Under Florida law, SWANEES TRUCKING, LLC. is liable for MCDONALD's negligence through the doctrine of *respondeat superior*.

26.     As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and/or aggravation or activation of a previously existing condition.

27.     At all times material hereto, Plaintiff, KATIE ANKI drove the 2014 Hyundai Elantra, VIN No. KMHDH4AE3EU166570 owned by Marianna Victor Anki, which was involved in the subject motor vehicle accident and Plaintiff has incurred property damages to her vehicle.

28.     All these losses are either permanent or continuing and plaintiff will suffer the losses in the future.

**COUNT III- DANGEROUS INSTRUMENTALITY
NEGLIGENCE OF SWANEES TRUCKING, LLC**

29.     Plaintiff incorporates paragraphs 1-17 herein, and further states:

30.     At all times material hereto, Defendant SWANEES TRUCKING, LLC. owned the 2014 Peterbilt TT, VIN Number, 1XPBD49X7ED213496, operated by JIMMY RAY MCDONALD JR.

31.     At all times material hereto, Defendant, JIMMY RAY MCDONALD JR, was operating the above described motor vehicle, on Interstate 75 just near MM 354, in Marion County, Florida, with Defendant, SWANEES TRUCKING LLC'S permission, knowledge and consent.

32.     At said time and place, the Defendant, JIMMY RAY MCDONALD JR, negligently operated said motor vehicle described above so that it collided with KATIE ANKI'S vehicle.

33.     As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of

hospitalization, medical and nursing care and treatment, and/or aggravation or activation of a previously existing condition.

34.   At all times material hereto, Plaintiff, KATIE ANKI drove the 2014 Hyundai Elantra, VIN No. KMHDH4AE3EU166570 owned by Marianna Victor Anki, which was involved in the subject motor vehicle accident and Plaintiff has incurred property damages to his vehicle.

35.   All these losses are either permanent or continuing and plaintiffs will suffer the losses in the future.

36.   As a direct and proximate result of the negligence of Defendants, KATIE ANKI sustained serious bodily injuries.

WHEREFORE, Plaintiff demands judgment for damages and costs against SWANEES TRUCKING, LLC and a trial by jury of all issues herein.

## COUNT IV – PROPERTY DAMAGE

37.   Plaintiff incorporates paragraphs 1-17 herein, and further states:

38.   At all times material hereto, Defendant SWANEES TRUCKING, LLC. owned the 2014 Peterbilt TT, VIN Number, 1XPBD49X7ED213496, operated by JIMMY RAY MCDONALD JR.

39.   At all times material hereto, Defendant, JIMMY RAY MCDONALD JR, was operating the above described motor vehicle, on Interstate 75 near MM 354, in Marion County, Florida, with Defendant, SWANEES TRUCKING LLC'S permission, knowledge and consent.

40.   At said time and place, the Defendant, JIMMY RAY MCDONALD JR, negligently operated said motor vehicle described above so that it collided with KATIE ANKI'S vehicle.

41.     At all times material hereto, Plaintiff, KATIE ANKI drove the 2014 Hyundai Elantra, VIN No. KMHDH4AE3EU166570 owned by Marianna Victor Anki, which was involved in the subject motor vehicle accident and Plaintiff has incurred property damages to his vehicle.

FARAH & FARAH, P.A.

Laurence C. Huttman, Esq.
Florida Bar No.: 96415
10 West Adams Street, 3d Floor
Jacksonville, Florida 32202
(904) 479-9538 (phone/fax)
lhuttman@farahandfarah.com
*Attorney for Plaintiff*